JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS TODD ROGERS, JR., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>Defendants. | Case No. CV 17-05236-AB (Ex)<br><br>**ORDER DISMISSING CIVIL ACTION** |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown by **August 28, 2020**, to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

IT IS FURTHER ORDERED that the Parties file a report regarding the status of the settlement approval by **March 20, 2020**.

Dated: December 16, 2019  _____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.