JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS TODD ROGERS, JR., et al.<br>Plaintiffs,<br>vs.<br>COUNTY OF LOS ANGELES, et al<br>Defendants. | CASE NO.: 2:17-CV-05236-AB-E<br><br>~~(PROPOSED)~~ **ORDER GRANTING DISMISAL OF THE ENTIRE ACTION PURSUANT TO FRCP 41(a)(1)** |

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that pursuant to the parties' Stipulation (Dkt. No. 81) and Federal Rule of Civil Procedure 41(a)(2), the above-entitled action is hereby **DISMISSED** in its entirety, with prejudice, as against all Defendants including their past, present, and future officers, supervisors, directors, attorneys, employees, agents, employees, subordinates, predecessors, successors-in-interest, assigns, and all other persons, firms, or corporations with whom any Defendants are now, have been, or may hereafter be affiliated.

- 2 -

**IT IS FURTHER ORDERED** that each party waives all claims for attorneys' fees and costs under 42 U.S.C. § 1988, and any other provision of law.

**IT IS SO ORDERED.**

DATED: September 3, 2020

_____
HONORABLE ANDRÈ BIROTTE JR.
UNITED STATES DISTRICT JUDGE